UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HECTOR SALINAS,<br><br>               Petitioner,<br><br>    v.<br><br>DONALD HOLBROOK,<br><br>               Respondent. | Case No. C18-249-RSM-JPD<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion for an extension of time to file a response to respondent's answer to petitioner's federal habeas petition. Respondent has filed a response indicating that he does not oppose the requested extension. The Court, having considered petitioner's motion, and the balance of the record, hereby ORDERS as follows:

    (1)    Petitioner's unopposed motion for extension of time (Dkt. 13) is GRANTED. Petitioner is directed to file his response to respondent's answer not later than ***June 22, 2018***.

    (2)    Respondent's answer (Dkt. 9) is RENOTED on the Court's calendar for consideration on ***June 29, 2018***. Respondent shall file any reply brief in support of his answer by that date.

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Ricardo S. Martinez.

DATED this 6th day of June, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2