UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HECTOR SALINAS,

                Petitioner,

v.

DONALD HOLBROOK,

                Respondent.

Case No. C18-249-RSM-JPD

ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's second motion for an extension of time to file a response to respondent's answer to petitioner's federal habeas petition. (Dkt. 16.) Petitioner requests therein that he be granted an extension of time until July 20, 2018 to file his response to respondent's answer. (*Id*.) Respondent has filed a response to petitioner's motion in which he indicates that he does not oppose the motion, but will oppose any further requests for extension of time given that this is petitioner's second such request. (*See* Dkt. 17.)

In a more recent submission, filed by a prisoner who is assisting petitioner in filing his response, there is an indication that petitioner is in need of a copy of his habeas petition and/or

ORDER GRANTING PETITIONER'S
SECOND MOTION FOR EXTENSION
OF TIME - 1

his brief in support of his petition in order to adequately prepare the response. (*See* Dkt. 19.) Petitioner did not file any brief in support of his petition, but the Court is willing to provide petitioner with a copy of his original petition to aid in preparation of his response. The Court also deems it appropriate, given petitioner's need for a copy of his petition, to build in some additional time beyond that requested in petitioner's motion to allow time for petitioner to receive the document and review it with the prisoner assisting him.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner's second motion for extension of time (Dkt. 16) is GRANTED. Petitioner is directed to file his response to respondent's answer not later than *July 30, 2018*.

(2) The Clerk shall send petitioner a copy of his petition (Dkt. 4). The Clerk need not send the exhibits which accompanied the petition as it appears petitioner already has those documents in his possession.

(3) Respondent's answer (Dkt. 9) is RENOTED on the Court's calendar for consideration on *August 3, 2018*. Respondent shall file any reply brief in support of his answer by that date.

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Ricardo S. Martinez.

DATED this 13th day of July, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
SECOND MOTION FOR EXTENSION
OF TIME - 2